**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MICHAEL PERRY MUHAMMAD**                                    **PLAINTIFF**
**ADC #96905**

**V.**                        **NO. 4:21-cv-00491-BRW-ERE**

**LONNELL SEAMSTER, APN, TMU,** *et al.*
**DEFENDANTS**

<u>**ORDER**</u>

Plaintiff Michael Perry Muhammad's motion to voluntarily dismiss Defendant Tabitha Peacock (*Doc. 62*) is GRANTED. Accordingly, all claims against Ms. Peacock are DISMISSED without prejudice.

IT IS SO ORDERED this 24th day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE