# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MICHAEL PERRY MUHAMMAD**  **PLAINTIFF**
**ADC #96905**

V.     NO. 4:21-cv-00491-BRW-ERE

**LONNELL SEAMSTER,** *et al***.**     **DEFENDANTS**

## ORDER

I have received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, I approve and adopt the Recommendation in all respects.

Defendants' Motion for Summary Judgment (Doc. No. 87) is GRANTED. The Clerk is instructed to close this case.

IT IS SO ORDERED, this 8th day of February, 2023.

                                                  BILLY ROY WILSON
                                    UNITED STATES DISTRICT JUDGE